IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BETHANY BAUMANN, On Behalf of Herself and All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BLUEGRASS HOSPITALITY GROUP, LLC and BLUEGRASS HOSPITALITY MANAGEMENT, LLC,<br><br>*Defendants*. | COLLECTIVE AND CLASS ACTION<br><br>CASE NO. 4:24-cv-00064-SEB-KMB<br><br>JURY DEMANDED |

### ORDER ON JOINT MOTION TO DISMISS WITHOUT PREJUDICE

This matter came before the Court on the Parties' Joint Motion to Dismiss Without Prejudice. For good cause shown, the Motion is hereby GRANTED. This action is DISMISSED WITHOUT PREJUDICE in accordance with Rule 41(a)(2) and 23(e) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Date: _____12/6/2024_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF

1